1  AARON D. FORD
     Attorney General
2  ROST C. OLSEN, Bar No. 14410
     Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel:  (775) 684-1209
5  E-mail:  rolsen@ag.nv.gov

6  *Attorneys for Defendants*
   *Adam Brendel, Jayson Brumfield, John Keast,*
7  *John Ramos, Kathryn Reynolds and Thomas Wyatt*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11  SEAN DAVID FOLLETT,

                                        Case No.  3:19-cv-00154-MMD-CLB
12              Plaintiff,

13  vs.                                 **STIPULATION AND ORDER TO
                                        DISMISS WITH PREJUDICE**
14  JAMES DZURENDA, et al.,

15              Defendants.

16         This matter came before the Court for settlement conference on July 16, 2021.

17  Upon engaging in discussions, Plaintiff, Sean David Follett, by and through counsel

18  Emily A. Buchwald, Esq., and John A. Fortin, Esq., of Pisanelli Bice PLLC, and all

19  Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

                                        1

1  General, and Rost C. Olsen, Deputy Attorney General, stipulate and agree that the

2  above-captioned matter is dismissed with prejudice, and each party will bear their own

3  attorney fees and costs.

4

5  PISANELLI BICE, PLLC                    AARON D. FORD
                                           Attorney General
6

7  By: */s/ Emily A. Buchwald*             By: */s/ Rost C. Olsen*
       Emily A. Buchwald, Bar No. 13442        Rost C. Olsen, Bar No. 14410
8      John A. Fortin, Bar No. 15221           Deputy Attorney General
       Attorneys for Plaintiff                 Attorneys for Defendants
9

10

11
   Dated: July 29, 2021                    Dated: July 29, 2021
12

13
                                           **IT IS SO ORDERED.**
14

15                                         **U.S. DISTRICT JUDGE**

16                                         **DATED:** July 29        **, 2021.**

17

18

19

20

21

22

23

24

25

26

27

28